# **<u>EXHIBIT F</u>**

# Claim Chart

**Infringement of U.S. Patent No. 12,408,772 by Columbia Frame Inc. Over-The-Door Mirror**

| CLAIM 11 OF U.S. PATENT 12,408,772 | COLUMBIA FRAME INC. OVER-THE-DOOR MIRROR |
|---|---|
| An over-the-door hanging apparatus comprising: | |

| a frame defining an opening, |  |
|---|---|

| | |
|---|---|
| the frame comprising a rear surface, and an annular channel in the rear surface; and |  |

3

| | |
|---|---|
| a mirror mounted within the opening; |  |

4

| | |
|---|---|
| a first elongate bracket member comprising a first bracket, the first elongate bracket member coupled to the mirror apparatus, |  |

5

| | |
|---|---|
| at least a portion of the first elongate bracket member located within a first vertical portion of the annular channel; and |  |

| | |
|---|---|
| a second elongate bracket member comprising a second bracket, the second elongate bracket member coupled to the mirror apparatus, |  |

| | |
|---|---|
| at least a portion of the second elongate bracket member located within a second vertical portion of the annular channel; and |  |
| wherein the first and second brackets of the first and second elongate bracket members are configured to engage a top edge of a door to hang the mirror apparatus from the door. |   |

8